| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>David N. Lake, Esq. SBN 180775<br>Law Offices of David N. Lake, APC<br>16130 Ventura Blvd., Suite 650<br>Encino, CA 91436<br><br>Phone: 818-799-5100<br>Facsimile: 818-788-5199 | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VLADIMIR GUSINKSY LIVING TRUST<br><br>Plaintiff(s),<br>v.<br>Stephen Berman, Joel Bennett, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Dan Almagor, Leigh Anne Brodsky, et al.<br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THE VLADIMIR GUSINSKY LIVING TRUST | Plaintiff |
| JAKKS Pacific, Inc. | Nominal Defendant in derivative claim |

March 19, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

David N. Lake

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES