1 | David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE**
2 |   **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
3 | Encino, California 91436
Telephone: (818) 788-5100
4 | Facsimile: (818) 788-5199
david@lakelawpc.com
5 |

6 | Attorneys for Plaintiffs

7 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VLADIMIR GUSINSKY LIVING TRUST, | Case No. 2:15-cv-02027 |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| STEPHEN BERMAN, an individual; MICHAEL G. MILLER, an individual; MURRAY L. SKALA, an individual; ROBERT E. GLICK, an individual; MARVIN ELLIN, an individual; DAN ALMAGOR, an individual; LEIGH ANNE BRODSKY, an individual; and PETER F. REILLY, an individual; | |
| Defendants. | |
| --and-- | |
| JAKKS PACIFIC, INC., | |
| Nominal Defendant. | |

Notice Of Related Cases

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that this action appears to be related to another action pending in this District because this action and the other matter: 1) arise from the same transaction, happening or event; 2) call for determination of the same or substantially related or similar questions of law or fact; or 3) for other reasons would entail substantial duplication of labor if heard by different judges. The action which appears to be related to this one is entitled *Advanced Advisors v. Berman, et al.,* Case No. 14-cv-01420 JAK (SSx) (the "Advanced Advisors Action").

The instant case, like the Advanced Advisors Action, is a shareholders' derivative action brought for the benefit of nominal defendant JAKKS Pacific, Inc. ("JAKKS" or the "Company") against certain present and former members of JAKKS' Board of Directors who are the same in both cases. In both cases, Plaintiff seeks to recover damages inflicted upon JAKKS by their actions in connection with: (1) the imposition of a Shareholder Rights Agreement (also known as a "poison Pill"); and (2) an $80 million stock repurchase, which severely damaged JAKKS' balance sheet and its ability to effectively compete in the toy market, and that had no purpose other than deflecting a premium buy-out offer and entrenching the Board.

DATED: March 19, 2015

LAW OFFICES OF DAVID N. LAKE

By: ___/s/___
DAVID N. LAKE
Liaison Counsel for Plaintiffs

Laurence D. Paskowitz, Esq.
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, New York 10022
212- 685-0969
212-685-2306 (fax)
classattorney@aol.com

-2-
Notice of Related Cases

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  | Jeffrey C. Block, Esq.                               |
|    | Joel Fleming, Esq.                                   |
| 3  | **BLOCK & LEVITON, LLP**                             |
| 4  | 155 Federal Street                                   |
|    | Boston, MA 02110                                     |
| 5  | (617) 398-5600                                       |
| 6  | jeff@blockesq.com                                    |
|    | joel@blockesq.com                                    |
| 7  |                                                      |
| 8  | OF COUNSEL:                                          |
|    | Roy L. Jacobs, Esq.                                  |
| 9  | **ROY JACOBS & ASSOCIATES**                          |
| 10 | 420 Lexington Avenue  Suite 2440                     |
|    | New York, NY 10170                                   |
| 11 | 212- 867-1156                                        |
| 12 | 212-504-8343 (Fax)                                   |
|    | rjacobs@jacobsclasslaw.com                           |
| 13 |                                                      |
| 14 | Richard A. Maniskas, Esq.                            |
|    | **RYAN & MANISKAS, LLP**                             |
| 15 | 995 Old Eagle School Road, Suite 311                 |
| 16 | Wayne, PA  19087                                     |
|    | 484-588-5516                                         |
| 17 | 484-450-2582 (Fax)                                   |
| 18 | rmaniskas@rmclasslaw.com                             |
| 19 |                                                      |
| 20 |                                                      |
| 21 |                                                      |
| 22 |                                                      |
| 23 |                                                      |
| 24 |                                                      |
| 25 |                                                      |
| 26 |                                                      |
| 27 |                                                      |
| 28 |                                                      |