UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV14-01420 JAK (SSx)<br>LA CV15-02027 JAK (SSx) | Date | May 11, 2015 |
|---|---|---|---|
| Title | Advanced Advisors G. P. v. Stephen Berman, et al.<br>*(Consolidated Case LA CV14-01670 JAK (SSx): Louisiana Municipal Police Employees Retirement System v. Stephen Berman, et al.)*<br>The Vladimir Gusinsky Living Trust v. Stephen Berman, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Laurence D. Paskowitz<br>Jeffrey C. Block | Peter B. Morrison<br>Maura B. Grinalds<br>Matthew Umhofer |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT (DKT. 87, *Case LA CV14-01420 JAK (SSx)*)**

**PLAINTIFF'S MOTION TO CONSOLIDATE (DKT. 15, 18)**

The motion hearing is held. Counsel address the issues raised by the Court with respect to the issues of standing and attorney's fees. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Consolidate (the "Motion") and grant Plaintiff's Motion for Preliminary Approval of Derivative Settlement (the "Settlement Motion"); subject, however, to the attorney's fees issue to be determined at a later date. On or before May 18, 2015, Plaintiff shall: (i) file a notice lodging the proposed class notice; and (ii) file a tentative fee request pursuant to the Court's Standing Order. Defendant may file a response no later than May 26, 2015, which shall attach a redline of any disputed language. The Court takes the Settlement Motion and Motion UNDER SUBMISSION and will issue a ruling upon receipt of the parties' submissions.

Plaintiff shall lodge a proposed order consistent with the Court's ruling.

**IT IS SO ORDERED.**

|  | : | 09 |
|---|---|---|
| Initials of Preparer | ak | |