David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VLADIMIR GUSINSKY LIVING TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN BERMAN, an individual; MICHAEL G. MILLER, an individual; MURRAY L. SKALA, an individual; ROBERT E. GLICK, an individual; MARVIN ELLIN, an individual; DAN ALMAGOR, an individual; LEIGH ANNE BRODSKY, an individual; and PETER F. REILLY, an individual;<br><br>　　　　Defendants.<br><br>--and--<br><br>JAKKS PACIFIC, INC.,<br><br>　　　　Nominal Defendant. | Case No. 2:15-cv-02027-JAK-SS<br><br>**NOTICE OF STIPULATED DISMISSAL** |

STIPULATED DISMISSAL

1  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and the Court's June 30, 2015
2  order (Docket No. 23), Plaintiff The Vladimir Gusinsky Living Trust and Defendants
3  Stephen Berman, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin,
4  Dan Almagor, Leigh Anne Brodsky, Peter F. Reilly, and JAKKS Pacific, Inc., hereby
5  stipulate that the above-captioned action is dismissed, without prejudice, against all
6  Defendants.

7  DATED: July 2, 2015                    LAW OFFICES OF DAVID N. LAKE

                                          By:  _____/s/_____
                                               DAVID N. LAKE
                                               Liaison Counsel for Plaintiffs

11 Laurence D. Paskowitz, Esq.
12 **THE PASKOWITZ LAW FIRM P.C.**
   208 East 51st Street, Suite 380
13 New York, New York 10022
14 212- 685-0969
   212-685-2306 (fax)
15 classattorney@aol.com

16
   Jeffrey C. Block, Esq.
17 Joel Fleming, Esq.
18 **BLOCK & LEVITON, LLP**
   155 Federal Street
19 Boston, MA 02110
20 (617) 398-5600
   jeff@blockesq.com
21 joel@blockesq.com

22
   OF COUNSEL:
23 Roy L. Jacobs, Esq.
24 **ROY JACOBS & ASSOCIATES**
   420 Lexington Avenue  Suite 2440
25 New York, NY 10170
26 212- 867-1156
   212-504-8343 (Fax)
27 rjacobs@jacobsclasslaw.com

28

| | |
|---|---|
| 1 | Richard A. Maniskas, Esq. |
| 2 | **RYAN & MANISKAS, LLP** |
| | 995 Old Eagle School Road, Suite 311 |
| 3 | Wayne, PA  19087 |
| | 484-588-5516 |
| 4 | 484-450-2582 (Fax) |
| 5 | rmaniskas@rmclasslaw.com |

DATED: July 2, 2015          SPERTUS, LANDES & UMHOFER, LLP


\_\_/S/_____
Matthew Umhofer
1990 South Bundy Drive Suite 705
Los Angeles, CA 90025
Telephone:   (310) 826-4700
Facsimile:    (310) 826-4711

*Attorneys for Nominal Defendant JAKKS Pacific, Inc.*

**SIGNATURES CONTINUE ON NEXT PAGE**

| | | |
|---|---|---|
| 1 | DATED: July 2, 2015 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

                                                                                            /s/ _____

Peter B. Morrison
300 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Jonathan Lerner
Maura Barry Grinalds
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants Stephen Berman, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Dan Almagor, Leigh Anne Brodsky, and Peter F. Reilly*